**Order entered October 1, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00557-CR

**ARIEL DANIEL ERIVES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-85054-2019**

### ORDER

On July 9, 2021, appellant requested official court reporter Karla Kimbrell to prepare the reporter's record in this appeal. That record was due on August 24, 2021. When it was not filed, we notified Ms. Kimbrell by postcard dated August 26, 2021 and directed her to file the reporter's record by September 25, 2021. To date, the reporter's record has not been filed and we have had no communication from Ms. Kimbrell.

We **ORDER** court reporter Karla Kimbrell to file the complete reporter's record in this appeal within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; Karla Kimbrell, official court reporter, 380th Judicial District Court; and counsel for all parties.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE